O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WANDA M WILEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-05-16 |
| | § | |
| JO ANN B BARNHART, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND ORDER TO MAKE MONTHLY PAYMENTS

Pending is plaintiff's application to proceed *in forma pauperis* (D.E. 1). A hearing was held May 20, 2005. Plaintiff appeared in person, and her counsel appeared by telephone. Based upon plaintiff's statement of family income, assets, and liabilitites, the court finds that plaintiff cannot afford to prepay the $250 filing fee, but she can afford to pay the fee over time.

Accordingly, plaintiff's application to proceed *in forma pauperis* (D.E. 1) is granted. The Clerk shall file plaintiff's complaint without prepayment of the filing fee. Plaintiff is ordered to make minimum monthly payments of $10 per month toward the filing fee. The payments are due on or before the tenth day of each month. During any month in which plaintiff cannot make the minimum $10 payment, she is required to submit a sworn written statement showing cause why she cannot make the payment. Failure to timely comply may result in the imposition of sanctions, including dismissal for want of prosecution.

At the request of plaintiff's counsel, the summons forms shall be forwarded to counsel for the plaintiff.

ORDERED this 23rd day of May 2005.

B. Janice Ellington
United States Magistrate Judge